IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE ANTHONY NEWBURN, #316665, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACT. NO. 2:20-cv-664-ECM ) |
| WARDEN BUTLER, *et al.*, | ) ) |
| Defendants. | ) |

## **OPINION and ORDER**

On October 13, 2020, the Magistrate Judge entered a Recommendation (doc. 5) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to pay the partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by the Court. It is further

ORDERED that all pending motions are denied.

A separate Final Judgment will be entered. Done this 18th day of December, 2020.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE